## CERTIFICATE OF SERVICE

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 5:22:33 PM
KEITH E. HOTTLE
Clerk

The Undersigned hereby certifies that on the 28th day of September, 2015, the foregoing motion for extension of time to file Appellee's brief was served on Appellant's attorney Hilda Gonzalez Garza to her facsimile: (956) 263-1871.

This motion for extension of time to file Appellee's brief was also served on Appellant Lisa A. Watkins via certified mail and regular U.S. Mail to her last known address: 825 E. Ave. C, Kingsville, TX 78363.

Carmen Benavides Ramirez